```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2723

 5  Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-02788-LKK-EFB |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $2,274.34 IN U.S. CURRENCY SEIZED FROM IRONSTONE BANK ACCOUNT NO. 9260036828, HELD IN THE NAME OF 7600 71ST AVE LLC, | |
| APPROXIMATELY $73.64 IN U.S. CURRENCY SEIZED FROM IRONSTONE BANK ACCOUNT NO. 9260036799, HELD IN THE NAME OF SUNRISE TOBACCO, | |
| APPROXIMATELY $150.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $640.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $1,542.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $2,920.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $4,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $2,600.00 IN U.S. CURRENCY, | |

1

```
APPROXIMATELY $3,206.00 IN U.S.      )
CURRENCY, AND                        )
                                     )
2006 LAND ROVER RANGE ROVER,         )
VIN: SALME15496A210189, ARIZONA      )
LICENSE NO. LVMIRVR, REGISTERED TO   )
AKRUM ALRAHIB,                       )
                                     )
          Defendants.                )
_____)
```

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

3. The defendant properties were seized in the cities of Scottsdale and Glendale, in Maricopa County, Arizona;

4. Plaintiff proposes that publication be made as follows:

    a. Three publications;

    b. In the following newspapers, legal newspapers of general circulation, located in the county (Maricopa) in which the defendant properties were seized: <u>Arizona Business Gazette</u>;

    c. The publication to include the following:

        (1) The Court, title and number of the action;

        (2) The date of the arrest/seizure;

        (3) The identity and/or description of the property

1 arrested/seized;

2      (4) The name, address and telephone number of the
3 attorney for the plaintiff;

4      (5) A statement that claims of persons entitled to
5 possession or claiming an interest pursuant to Supplemental Rule G(5)
6 must be filed with the Clerk and served on the attorney for the
7 plaintiff within 30 days after the date of publication;

8      (6) A statement that answers to the complaint or a
9 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
10 R. Civ. P.") must be filed and served within 20 days after the filing
11 of the claims and, in the absence thereof, default may be entered and
12 condemnation ordered;

13      (7) A statement that applications for intervention
14 under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or
15 other interests shall be filed within the 30 days allowed for claims
16 for possession; and

17      (8) The name, address, and telephone number of the
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1 U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and
2 Explosives.
3 DATED: 12/8/06                    McGREGOR W. SCOTT
                                    United States Attorney
4
5                                   /s/ Kristin S. Door
                                    KRISTIN S. DOOR
6                                   Assistant U.S. Attorney
7
8                                   **ORDER**
9      IT IS SO ORDERED.
10 DATED:  December 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

4