1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2299 FCD KJM |
| v. | **RELATED CASE ORDER** |
| REAL PROPERTY LOCATED AT 7600 NORTH 71st AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 143-25-044, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. _____/ | |
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2300 FCD KJM |
| v. | |
| REAL PROPERTY LOCATED AT 7407 NORTH 82nd LANE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-171-1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. _____/ | |

///

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | | |
| 3 | Plaintiff, | No. CIV S-06-2305 FCD KJM |
| 4 | v. | |
| 5 | REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 8 | Defendant. _____/ | |
| 9 | UNITED STATES OF AMERICA | |
| 10 | | |
| 11 | Plaintiff, | No. CIV S-06-2306 FCD KJM |
| 12 | v. | |
| 13 | REAL PROPERTY LOCATED AT 8779 WEST LANE AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-28-050, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 16 | Defendant. _____/ | |
| 18 | UNITED STATES OF AMERICA | |
| 19 | Plaintiff, | No. CIV S-06-2777 FCD KJM |
| 20 | v. | |
| 21 | APPROXIMATELY $28, 121.22 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03035-08079, HELD IN THE NAME OF SMART BUY INC., et al., | |
| 24 | Defendants. _____/ | |

26  ///

27  ///

28  ///

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA | |
| 2 | Plaintiff, | No. CIV S-06-2783 FCD KJM |
| 3 | v. | |
| 4-6 | APPROXIMATELY $239,833.28 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0046 8999 2535, HELD IN THE NAME OF DA BOMB PRODUCTS, INC., et al., | |
| 7 | Defendants. _____/ | |
| 8 | UNITED STATES OF AMERICA | |
| 9 | Plaintiff, | No. CIV S-06-2788 FCD KJM |
| 10 | v. | |
| 11-13 | APPROXIMATELY $2,274.34 IN U.S. CURRENCY SEIZED FROM IRONSTONE BANK ACCOUNT NO. 9260036828, HELD IN THE NAME OF 7600 71ST AVE LLC, et al., | |
| 14 | Defendants. _____/ | |
| 15 | UNITED STATES OF AMERICA | |
| 16 | Plaintiff, | No. CIV S-06-2796 FCD KJM |
| 17 | v. | |
| 18-20 | APPROXIMATELY $87,257.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0046 5585 5745, HELD IN THE NAME OF MINI TRUCK EXPRESS, INC., | |
| 21 | Defendant. _____/ | |
| 22 | UNITED STATES OF AMERICA | |
| 23 | Plaintiff, | No. CIV S-07-0452 FCD DAD |
| 24 | v. | |
| 25-26 | APPROXIMATELY $15,630.00 IN U.S. CURRENCY, et al., | |
| 27 | Defendants. _____/ | |
| 28 | /// | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-07-0692 GEB GGH |
| v. | | |
| APPROXIMATELY $129,707.00 IN U.S. CURRENCY, et al., | | |
| | Defendants. | |
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-07-0793 DFL DAD |
| v. | | |
| APPROXIMATELY $8,010.00 IN U.S. CURRENCY, et al., | | |
| | Defendants. | |
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-07-0816 DFL KJM |
| v. | | |
| APPROXIMATELY $79,784.78 IN MONEY ORDERS, et al., | | |
| | Defendants. | |

The court has received the Notice of Related Cases filed October 23, 2006. Examination of the above-entitled actions reveals that all actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involved are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

1    IT IS THEREFORE ORDERED that the actions denominated, **CIV S-07-0692 GEB
2  GGH and CIV S-07-0793 DFL DAD** are reassigned to Judge Frank C. Damrell, Jr. and
3  Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in
4  these reassigned cases <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed
5  in the reassigned cases shall be shown as**,  CIV S-07-0692 FCD KJM, and CIV S-07-0793**
6  **FCD KJM.**

7    IT IS FURTHER ORDERED that the action denominated, **CIV S-07-0452 FCD DAD**
8  shall remain reassigned to Judge Frank C. Damrell Jr. but is reassigned to Magistrate Judge
9  Kimberly J. Mueller for all further proceedings**.**  Henceforth, the caption on documents filed in
10 this reassigned case shall be shown as**,  CIV S-07-0452 FCD KJM,**   Additionally, **CIV S-07-**
11 **0816 DFL KJM** is reassigned to Judge Frank C. Damrell, Jr. and shall remain assigned to
12 Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in
13 this reassigned case are hereby VACATED.  Henceforth, the caption on documents filed in the
14 reassigned cases shall be shown as**,  CIV S-07-0816 FCD KJM.**

15    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
16 assignment of civil/criminal cases to compensate for this reassignment.

17    IT IS SO ORDERED.

18 DATED: May 3, 2007

            _____
            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE